# DEPARTMENT OF HOMELAND SECURITY
## UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT

FILED
Jan 29  3 57 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

### RECORD OF SWORN STATEMENT

Office: Hartford, CT                           File No: A26 937 446

Statement by: Enrique REYES-Duarte (AKA: Hector Ravelo-Reguillo)

In the case of: Enrique REYES-Duarte

At: Hartford, CT                               Date: January 6, 2004

Before: Special Agent Mary Geba
                    (Name and Title)

In the  English  language. Interpreter  none  used.

I am an officer of United States Immigration and Customs Enforcement authorized by law to administer oaths and take testimony in connection with the enforcement of the Immigration and Nationality laws of the United States. I desire to take your sworn statement regarding your identity and status in the United States.

Q. Any statement you make must be given freely and voluntarily. Are you willing to answer my questions at this time?

A. Yes.

Q. Do you swear that all the statements you are about to make will be truth, the whole truth and nothing but the truth, so help you God?

A. Yes.

Page 1 of 5
Initials: ER

**Sworn Statement of Enrique REYES-Duarte**
Before Special Agent Mary Geha
January 6, 2004
Page 2 of 5

Q. What is your complete, true, and correct name?
A. Enrique REYES-Duarte.

Q. When and where were you born?
A. Dominican Republic on July 15, 1959.

Q. Of what county are you a citizen?
A. Dominican Republic.

Q. What is your mother's full name and citizenship?
A. Inocencia Ramos Duarte. Some people call her Milagro. She is a citizen of the Dominican Republic, but she is a resident of the United States. She lives in New York.

Q. What is you father's full name and citizenship?
A. Eligio Reyes. He died August 1998. He was a citizen and resident of the Dominican Republic.

Q. Do you have any reason to believe that you are a citizen or Lawful Permanent Resident of the United States?
A. No, I have no reason.

Q. How and when did you first enter the United States?
A. I think it was around 1980; I went from the Dominican Republic to Puerto Rico. I had a visa as a representative of my country as a bicyclist.

Q. Did you remain in the United States at that time?
A. No, I went back to the Dominican Republic. I traveled many times between the United States and the Dominican Republic.

Q. Have you ever been arrested or encountered by US Immigration before this time?
A. Yes, one other time. In Connecticut. I am not sure of the year, maybe 1988 or 1989.

Q. What was your immigration status at that time?
A. I came in on a visa, but my visa was finished. I was illegal.

Q. Did you see an Immigration Judge at that time?
A. Yes. I paid the bond, but I did not go back.

Initials: _E R_

**Sworn Statement of Enrique REYES-Duarte**
Before Special Agent Mary Geha
January 6, 2004
Page 3 of 5

Q. Did you return to the Dominican Republic at that time or did you remain in the United States?
A. I stayed in the United States.

Q. Have you ever used any other names?
A. Yes. Hector RAVELO-Reguillo.

Q. Did you have a "green card" in this name?
A. Yes.

Q. How did you get Hector Ravelo's "green card?"
A. Someone sold me all of Hector Ravelo's information, not just his green card number. I got his birthday, his social security number, his mother's name, his father's name, and everything else. I paid $2,000 (USD) for it. I used the information to get a Dominican passport from the Dominican consulate in New York in the name of Hector Ravelo. I went to the Immigration office in New York with the passport and the green card number and told them that I lost my green card, so I applied for a new one.

Q. When did you do this?
A. It was around the same time that I received the Dominican Passport, 1992.

Q. Do you know the person that sold you this information?
A. No, someone told me about him, and I went to him.

Q. Do you know where he lives?
A. Waterbury, but that's it. I met him on the street through word-of-mouth.

Q. Do you know, or have you ever met, Hector Ravelo?
A. No, never. I do not know anything about him.

Q. Was Hector Ravelo the one to which you paid $2,000?
A. No, no way. I never knew him.

Q. Have you been living and working in the United States as Hector Ravelo since at least 1992?
A. Yes.

Q. How many "green cards" have you received under the name of Hector Ravelo?
A. Just that one I applied for around 1992.

Initials: _K R_

**Sworn Statement of Enrique REYES-Duarte**
Before Special Agent Mary Geha
January 6, 2004
Page 4 of 5

Q. Where is this card now?
A. I do not know. The Waterbury police took it in 1997 with my driver's license when I was arrested.

Q. Did you ever present this card to any US Immigration officer in order to gain immigration benefits or entry into the United States?
A. Yes. Only two times. I traveled to the Dominican Republic in 1993 and in 1994, and I used the stamp in my passport (Investigator's note: Subject is referring to the ADIT I-551 stamp contained in Dominican Passport number 0536635 in the name of Hector Ravelo) to enter the United States in 1993, and I used the green card to enter the United States in 1994.

Q. So when and where was the last time you made an entry into the United States?
A. (Investigator's note: Subject is pointing to the various US Immigration stamps in Dominican Passport #0536635). July 28, 1994, in New York. I came into the United States with my green card.

Q. Do you mean the "green card" in Hector Ravelo's name?
A. Yes.

Q. Is there anything else that you would like to add at this time?
A. No.

Q. Did you have any problem understanding me today as we spoke in the English language?
A. No, I understood.

end of statement

Initials: _E R_

page 5 of 5

I have read (or have had read to me) the foregoing statement, consisting of ...5..... pages. I state that the answers made therein by me are true and correct to the best of my knowledge and belief and that this statement is a full, true, and correct record of my interrogation on the date indicated by the above-named officer of the Immigration and Naturalization Service. I have initialed each page of this statement (and the correction(s) noted on page(s) .....2................................... ].

Signature: *Enrique Reyes Duarte*
Enrique Reyes-Duarte

Subscribed and sworn to before me at ...Hartford,
Connecticut.................. on ...January 06, 2004

*[signature]* MARY A. GOHA
Officer, United States Immigration and Naturalization Service    Special Agent

Witnessed by: *[signature]*
Fred D Nigard
Special Agent

RECORD OF SWORN STATEMENT

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service
Form I-265A (Rev. 11-20-63)