UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Hector RAVELO,  :
petitioner,     :
                :
v.              :   No. 3:03cv474 (JBA)
                :
INS, respondent.:

### Endorsement Order on Motion for Contempt [Doc. #2] and Motions to Amend [Docs. #11 & #12]

Based on the Government's submission [Doc. #13], it is apparent that "Hector Ravelo" is not the petitioner. Accordingly, this petition is dismissed without prejudice. The Clerk is directed to close this case.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut, this 29th day of January, 2004.