UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HECTOR RAVELO | : | |
|    Petitioner | | |
|       v. | : | CIVIL NO. 3:03CV 474 (JBA) |
| IMMIGRATION AND NATURALIZATION SERVICE | : | |
|    Respondents | | |

## **JUDGMENT**

This cause came on for consideration on the petitioner's motion for contempt before the Honorable Janet Bond Arterton, United States District Judge.

The Court has considered all of the papers filed in this action and on January 29, 2004, a Endorsement Order entered dismissing without prejudice, the motion.

Therefore, it is hereby ORDERED, ADJUDGED AND DECREED that the petitioner's motion for contempt is dismissed and this case is closed.

Dated at New Haven, Connecticut, this 29th day of January, 2004

KEVIN F. ROWE, CLERK

EOD_____

_____/s/_____
Betty J. Torday
Deputy Clerk